FILED

2021 OCT 13  AM 9: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

WOODBRIDGE GROUP OF
COMPANIES, LLC, et al

          Remaining Debtors.

Chapter 11

Case No. 17-2560 (JKS)

(Jointly Administered)

---

MICHAEL GOLDBERG, as
Liquidating Trustee of the
Woodbridge Liquidation Trust,
successor in interest to the estates of
WOODBRIDGE GROUP OF
COMPANIES, LLC, et al.,

          Plaintiff,

  vs.

CHRISTOPHER LONGWORTH,

          Defendant.

Adversary Proceeding
Case No. 19-50928 (JKS)

**Objection Deadline:** Oct. 12, 2021 at
4:00 p.m. (ET)
**Hearing Date:** Oct. 29, 2021 at 10:00
a.m. (ET)

---

COMES NOW   Christopher Longworth, Defendant herein and enters his general

answers to the Plaintiff's Complaint, and enters his objections to Plaintiff's Motion for

Default Judgment as follows:

Defendant Christopher
Longworth's Answer to
Plaintiff's Complaint &
Objection to Motion for
Default Judgment - 1

Christopher Longworth
2320 31st Street
Anacortes WA 98221
(360)661-4463

1. Christopher Longworth is not in possession of a copy of the original Plaintiff's Complaint.

2. Without seeing the specific paragraph numbers of the allegations in the Plaintiff's Complaint, Christopher Longworth makes a *general denial* of *any and all* allegations that he is liable to Plaintiff, or any other party, for any amount of money.

3. Without seeing the specific paragraph numbers of the allegations in the Plaintiff's Complaint, Christopher Longworth makes a general denial of any and all allegations that he is liable to Plaintiff, or any other party, for any claims of wrongdoing, under any legal theory, including but not limited to, contract, tort, fraud, and/or any *other* legal claim.

4. Defendant Christopher Longworth enters his answers to the Plaintiff's "claims for relief" as specified in the Plaintiff's *Motion for Default Judgment* as follows:

"As set forth in the Complaint, the Plaintiff is [allegedly] entitled to entry of judgment:

  (i)  On the first claim for relief, (a) avoiding the 90 Day Transfers free and clear of any interest of Defendant, (b) directing that the 90 Day Transfers be set aside, and (c) ordering the Defendant to pay to Plaintiff $20,000.00;"

  **DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

  (ii) "On the second and third claims for relief, (a) avoiding the Two Year Transfers free and clear of any claimed interest of Defendant, (b) directing that the Two Year Transfers be set aside, and (c) ordering the Defendant to pay to Plaintiff $52,480.56;"

  **DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

Defendant Christopher
Longworth's Answer to
Plaintiff's Complaint &
Objection to Motion for
Default Judgment - 2

Christopher Longworth
2320 31st Street
Anacortes WA 98221
(360)661-4463

(iii) "On the fourth and fifth claims for relief, (a) avoiding the Two Year Transfers free and clear of any claimed interest of Defendant, (b) directing that the Two Year Transfers be set aside, (c) ordering Defendant to pay to Plaintiff $52,480.56;"

**DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

(iv) "On the sixth claim for relief, holding Defendant liable for damages, in the amount of $543,079.21 for sale of Notes and/or Units as set forth in Exhibit B to the Complaint;"

**DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

(v) "On the seventh claim for relief, holding Defendant liable for fraud, for $543,079.21 for sale of Notes and/or Units as set forth in Exhibit B to the Complaint;"

**DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

(vi) "On the eighth claim for relief, holding Defendant liable for aiding and abetting fraud, in the amount of $543,079.21 for sale of Notes and/or Units as set forth in Exhibit B to the Complaint and"

**DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

(vii)   "On all claims for relief, awarding Plaintiff prejudgment interest as permitted by law, costs of suit, and such other and further relief as is just and proper."

**DEFENDANT CHRISTOPHER LONGWORTH DENIES THIS ALLEGATION.**

Defendant Christopher
Longworth's Answer to
Plaintiff's Complaint &
Objection to Motion for
Default Judgment - 3

Christopher Longworth
2320 31st Street
Anacortes WA 98221
(360)661-4463

5.    Defendant Christopher denies all allegations of liability in the Plaintiff's Complaint. Defendant Longworth requests the Court dismiss all claims against him with prejudice.

I, Christopher Longworth declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.


Signed at _Anacortes_____, Washington on this 7th day of October, 2021.


Christopher Longworth, Defendant

Defendant Christopher
Longworth's Answer to
Plaintiff's Complaint &
Objection to Motion for
Default Judgment - 4

Christopher Longworth
2320 31st Street
Anacortes WA 98221
(360)661-4463

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
|       Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
|       Plaintiff, | Adversary Proceeding Case No. 19-50928 (BLS) |
| vs. | |
| CHRISTOPHER LONGWORTH, | |
|       Defendant. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court 824 North Market Street, 3rd Floor Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney. Name and address of Plaintiff's attorneys:

PACHULSKI STANG ZIEHL & JONES LLP
Andrew W. Caine
Bradford J. Sandler
Colin R. Robinson
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: United States Bankruptcy Court 824 N. Market Street, 6th Floor Wilmington, DE 19801 | Courtroom No. 1 |
| | Date and Time: Feb. 11, 2020 @ 10:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District of Delaware
Date:  November 26, 2019

        /s/ Una O'Boyle
        Clerk of the Bankruptcy Court

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).